# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT W. MATSCHERZ,**

        **Plaintiff,**

**-vs-**                                                           **Case No.  6:11-cv-118-Orl-28DAB**

**THE CAR CABANA OF MELBOURNE, INC.,  DONALD W. COFFMAN,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of the Notice of Voluntary Dismissal with prejudice, filed by Plaintiff (Doc. No. 11).  As the parties represent that the matter was settled in full, without compromise, no judicial review is requested or required.  It is therefore **respectfully recommended** that the Clerk be directed to terminate all pending matters, and close this case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 12, 2011.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy