**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOTT W. MATSCHERZ,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:11-cv-118-Orl-28DAB**

**THE CAR CABANA OF MELBOURNE, INC., DONALD W. COFFMAN,**

        **Defendants.**
_____

# ORDER

This case is before the Court on review of the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff (Doc. No. 11). The United States Magistrate Judge has submitted a report recommending the Clerk be directed to terminate all pending matters and close this case.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 13, 2011 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed with prejudice.

      3.      All pending motions are denied as moot.

      4.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge